BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUI THI HOANG** | Case No. CIV-08-1728 GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 21, 2009 to May 21, 2009. This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule and inability to complete the brief prior to May 21, 2009.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: April 21, 2009 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |

| | |
|---|---|
| Dated: April 21, 2009 | Lawrence G. Brown<br>Acting United States Attorney<br><br>*/s/ Shea Lita Bond*<br>SHEA LITA BOND<br>Special Assistant U.S. Attorney<br>Social Security Administration<br><br>Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 22, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

hoang.eot2